Geoffrey M. Davis (SBN 187239)
geoffrey.davis@klgates.com
10100 Santa Monica Bl., 8th Floor
Los Angeles, CA 90067
Telephone +1 310 552 5042
Facsimile +1 310 552 5001

Attorneys for Defendant Crane Co.

FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Link #130

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PIERCE, as Successor-in-Interest to RONALD L. PIERCE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-05315-PSG(Ex)<br><br>[Removed from the Superior Court of California, County of Los Angeles, Case No. 20STCV11282]<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CRANE CO. |

Pursuant to stipulation, and good cause appearing therefor, **IT IS ORDERED** that all claims against defendant Crane Co. are hereby dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

Dated: 6/24/22

_____
Honorable Philip S. Gutierrez
Chief United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23rd, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's ECF system. Any other counsel of record who have not registered as an ECF user will be served by facsimile transmission or first class mail.

/s/ *Geoffrey M. Davis*
Geoffrey M. Davis